JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES LILLEY, <br><br> Defendant. | No. CR14-222-JLR <br><br> ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel, the accompanying Ex Parte Declaration, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Corey Endo is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Mr. Lilley from the CJA panel.

DONE this 10th day of May 2021.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for James Lilley

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*United States v. Lilley*, CR14-222-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100